Opinion issued January 6, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-01011-CR

———————————

IN RE Dekendrick De-Paul Carter, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          By petition for writ of mandamus,
relator, Dekendrick De-Paul Carter, challenges the trial court’s denial of his
motion for judgment nunc pro tunc seeking additional time credit for his
participation in a Substance Abuse Felony Program.[1]

          We deny relator’s petition for writ of mandamus.  All outstanding motions are overruled as
moot.

          

PER CURIAM

Panel
consists of Justices Jennings, Higley, and Brown.

Do
not publish.   Tex. R. App. P. 47.2(b).











[1]
          Relator was adjudged guilty of
the offense of possession of cocaine in an amount more than one gram and less
than four grams in case number 1188035 in the 232nd District Court of Harris
County, Texas.  See Tex. Health & Safety
Code Ann. § 481.115(c) (Vernon 2010).